# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF IOWA DAVENPORT DIVISION

| | |
|---|---|
| **EYAL HANFLING, individually and on behalf of all others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **GRINNELL COLLEGE** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 4:26-cv-00213-RGE-HCA |

## AFFIDAVIT OF SERVICE

I, Tiffany Allison, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to GRINNELL COLLEGE in Poweshiek County, IA on May 22, 2026 at 10:41 am at 733 Broad St, Grinnell, IA 50112-2227 by leaving the following documents with Amanda Jones who as Procurement Manager is authorized by appointment or by law to receive service of process for GRINNELL COLLEGE.

CLASS ACTION COMPLAINT
SUMMONS IN A CIVIL ACTION
Race: White, Sex: Female, Est. Age: 45-54, Hair: Brown, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=41.7414990392,-92.7245077699
Photograph: See Exhibit 1


Total Cost: $195.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Polk County                        ,

IA        on    5/22/2026            .

/s/ *Tiffany Allison*

Signature
Tiffany Allison
+1 (515) 988-5468



Exhibit 1a)