IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| EYAL HANFLING, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GRINNELL COLLEGE,<br><br>    Defendant. | Case No. 4:26-cv-213-RGE-HCE<br><br><br>**NOTICE OF APPEARANCE OF FRANK B. HARTY** |

COMES NOW Frank B. Harty of the firm Nyemaster Goode, P.C. of Des Moines, Iowa, and hereby enters her Appearance as attorney on behalf of Defendant Grinnell College in the above-captioned matter.

Dated:  June 3, 2026

/s/ Frank B. Harty
Frank B. Harty, AT0003356
NYEMASTER GOODE, P.C.
700 Walnut, Suite 1300
Des Moines, IA 50309
Telephone:  (515) 283-3100
Fax:  (515) 283-8045
Email:  fharty@nyemaster.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties or attorneys of record:

J. Barton Goplerud
Brian O. Marty
SHINDLER, ANDERSON, GOPLERUD &
WEESE, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
goplerud@sagwlaw.com
marty@sagwlaw.com

Mark S. Reich
LEVI & KORSINSKY, LLP
33 Whitehall Street, 27th Floor
New York, NY 10004
mreich@zlk.com

/s/ *Nicole M. Graham*