IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| EYAL HANFLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRINNELL COLLEGE,<br><br>Defendant. | Case No. 4:26-cv-213-RGE-HCE<br><br><br>**DEFENDANT'S UNRESISTED MOTION TO EXTEND DEADLINE FOR FILING ANSWER OR OTHER RESPONSIVE PLEADING** |

Defendant Grinnell College, hereby moves the Court for an order extending the deadline for Defendant to file an Answer or other responsive pleading to the Complaint filed by Plaintiff, and in support thereof state:

1.    Plaintiff's Complaint in this matter was filed on May 14, 2026.

2.    Absent an extension of the deadline, Defendant's response to the Complaint would be June 12, 2026.

3.    Defendant seeks an extension of 60 additional days to file an Answer or other pleading in response to the Complaint, which would result in a modified deadline of August 11, 2026.

4.    Counsel for Defendant has conferred with counsel for Plaintiff, who does not resist Defendant's request to extend the deadline to respond to the Complaint.

WHEREFORE, Defendant Grinnell College respectfully requests that the Court enter an Order extending the deadline for Defendant to file an Answer or other pleading in response to Plaintiff's Complaint to August 11, 2026.

Dated:  June 3, 2026

/s/ Matthew A. McGuire
Frank B. Harty, AT0003356
Matthew A. McGuire, AT0011932
NYEMASTER GOODE, P.C.
700 Walnut, Suite 1300
Des Moines, IA 50309
Telephone:  (515) 283-3100
Fax:  (515) 283-8045
Email:   fharty@nyemaster.com
              mmcguire@nyemaster.com

Frances M. Haas, AT0009838
NYEMASTER GOODE, P.C.
275 1st Avenue SW, Suite 204
Cedar Rapids, Iowa 52405-3965
Telephone: (319) 286-7022
Facsimile: (319) 286-7050
Email:  fmhaas@nyemaster.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties or attorneys of record:

J. Barton Goplerud
Brian O. Marty
SHINDLER, ANDERSON, GOPLERUD &
WEESE, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
goplerud@sagwlaw.com
marty@sagwlaw.com

Mark S. Reich
LEVI & KORSINSKY, LLP
33 Whitehall Street, 27th Floor
New York, NY 10004
mreich@zlk.com

/s/ *Matthew A. McGuire*