IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

```
                                            )
                                            )    Case Number:
                                            )
                  Plaintiff(s)              )
  vs.                                       )
                                            )    Corporate Disclosure/ Statement of Interest
                                            )
                                            )
                                            )
                  Defendant(s).             )
```

      This Corporate Disclosure statement is filed on behalf of _____ in compliance with the provisions of Federal Rule of Civil Procedure 7.1(a)(1), and Local Rules 7.1 and 81(c), (d), and (e), which provides that a nongovernmental corporate party, or intervenor, to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**The filing party, or intervenor, hereby declares as follows:**

      The party/intervenor does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

      The party/intervenor has the following parent corporations(s): (Attach additional pages if needed.)

_____ Relationship _____

_____ Relationship _____

      The following publicly held corporations(s) own 10% or more of the party/intervenor's stock: (Attach additional pages if needed.)

_____ Relationship _____

_____ Relationship _____

      **A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Date: _____    _____

                                         _____

                                         _____

                                         _____

Effective July 8, 2024

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 22, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties or attorneys of record:

J. Barton Goplerud
Brian O. Marty
SHINDLER, ANDERSON, GOPLERUD &
WEESE, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
goplerud@sagwlaw.com
marty@sagwlaw.com

Mark S. Reich
LEVI & KORSINSKY, LLP
33 Whitehall Street, 27th Floor
New York, NY 10004
mreich@zlk.com

/s/ Shannon Greenman