IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| EYAL HANFLING, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GRINNELL COLLEGE, <br><br> Defendant. | Case No. 4:26-cv-213-RGE-HCA <br><br><br> **MOTION TO DISMISS** <br><br><br> **ORAL ARGUMENT REQUESTED** |

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Grinnell College ("Grinnell") hereby moves to dismiss in its entirety the Complaint, ECF No. 1, filed by Plaintiff Eyal Hanfling. For the reasons stated in Grinnell's Brief in Support of the Motion to Dismiss, Plaintiff lacks standing to pursue his claims and also fails to state any claim for relief as a matter of law.

WHEREFORE, Defendant Grinnell College respectfully requests the Court dismiss Plaintiff's Complaint.

Dated:  August 11, 2026

*/s/ Matthew A. McGuire*
Frank B. Harty, AT0003356
Matthew A. McGuire, AT0011932
Ami L. Penquite, AT0016149
NYEMASTER GOODE, P.C.
700 Walnut, Suite 1300
Des Moines, IA 50309
Telephone:  (515) 283-3100
Fax:  (515) 283-8045
Email:  fharty@nyemaster.com
          mmcguire@nyemaster.com
          apenquite@nyemaster.com

Frances M. Haas, AT0009838
NYEMASTER GOODE, P.C.
275 1st Avenue SW, Suite 204
Cedar Rapids, Iowa 52405-3965
Telephone: (319) 286-7022
Facsimile: (319) 286-7050
Email:  fmhaas@nyemaster.com

**ATTORNEYS FOR DEFENDANT
GRINNELL COLLEGE**