IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| EYAL HANFLING, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GRINNELL COLLEGE,<br><br>    Defendant. | Case No. 4:26-cv-00213-RGE-HCA<br><br><br>**DEFENDANT GRINNELL COLLEGE'S UNRESISTED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF MOTION TO DISMISS** |

Defendant Grinnell College, pursuant to Local Rule 7, hereby moves the Court for an order granting leave to file an overlength brief in support of its Motion to Dismiss, and in support thereof states:

1.      Grinnell seeks leave to file a brief that is no longer than 32 pages, not counting the case caption, table of contents, table of authorities, and signature block. *See* L.R. 7(h).

2.      Good cause exists to allow Grinnell to file a brief in excess of the Court's normal 20-page limit under Local Rule 7(h).

3.      Grinnell's proposed overlength brief responds to the claims and legal arguments raised by Plaintiff in his 82-page Complaint. (*See* ECF No. 1.)

5.      Grinnell has made efforts to be concise in addressing Plaintiff's 82-page Complaint. The Complaint asserts six causes of action. For the most part, these causes of action must be addressed separately regarding whether Plaintiff fails to state a claim. The inclusion of the additional pages will aid the court in ruling on Grinnell's Motion to Dismiss.

6.       Grinnell has attached a copy of the proposed overlength brief in support of this motion.

1

7.      Pursuant to Local Rule 7(k), the undersigned counsel confirm that they have met and conferred with counsel for Plaintiff regarding the instant motion. Counsel for Plaintiff does not resist the instant motion.

WHEREFORE, Defendant Grinnell College respectfully request that the Court enter an order granting Grinnell leave to file a 32-page brief in support of its Motion to Dismiss.

Dated:  August 11, 2026

/s/ Matthew A. McGuire
Frank B. Harty, AT0003356
Matthew A. McGuire, AT0011932
Ami L. Penquite, AT0016149
NYEMASTER GOODE, P.C.
700 Walnut, Suite 1300
Des Moines, IA 50309
Telephone:  (515) 283-3100
Fax:  (515) 283-8045
Email:  fharty@nyemaster.com
          mmcguire@nyemaster.com
          apenquite@nyemaster.com

Frances M. Haas, AT0009838
NYEMASTER GOODE, P.C.
275 1st Avenue SW, Suite 204
Cedar Rapids, Iowa 52405-3965
Telephone: (319) 286-7022
Facsimile: (319) 286-7050
Email: fmhaas@nyemaster.com

**ATTORNEYS FOR DEFENDANT GRINNELL COLLEGE**