**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| EYAL HANFLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRINNELL COLLEGE,<br><br>Defendant. | Case No. 4:26-cv-00213-RGE-HCA<br><br>**PLAINTIFF'S UNRESISTED MOTION FOR AN EXTENSION OF TIME TO FILE RESISTANCE TO DEFENDANT GRINNELL COLLEGE'S MOTION TO DISMISS** |

COMES NOW Plaintiff Eyal Hanfling, by and through his undersigned counsel, pursuant to Local Rule 7(j), and for his Unresisted Motion for an Extension of Time to File Resistance to Defendant Grinnell College's Motion to Dismiss, hereby states as follows:

1. Plaintiff filed the Complaint on May 14, 2026. Dkt. No. 1.

2. Defendant Grinnell College was served with process on May 22, 2026, making its responsive pleading due on or before June 12, 2026. Dkt. No. 5.

3. Defendant filed an Unresisted Motion for Extension of Time to File Answer or Other Responsive Pleading on June 3, 2026 (Dkt. No. 9), which was ordered granted the same day (Dkt. No. 10), June 3, 2026.

4. Defendant filed its Motion to Dismiss on August 11, 2026 (Dkt. No. 13) simultaneously with its Unresisted Motion to File Overlength Brief in Support of Motion to Dismiss (Dkt. No. 14).

5. Defendant's Unresisted Motion to File Overlength Brief in Support of Motion to Dismiss granted on August 11, 2026. Dkt. No. 15.

6. Defendant filed its Brief in Support of Motion to Dismiss on August 12, 2026. Dkt. No. 16.

7. Thus, as per L.R. 7(e), Plaintiff's Opposition to Defendant's Motion is currently due on or before August 25, 2026.

8. Counsel for Plaintiff is working diligently to respond to Defendant's Motion but despite counsel's efforts to complete the Opposition brief on schedule, competing professional obligations prevent counsel from adequately preparing the brief within the current timeframe. Thus, Plaintiff seeks an extension of fourteen days to file a Reply to Defendant's Brief in Support of Motion to Dismiss, which would extend the time for Plaintiff to file his Opposition to September 8, 2026.

9. Counsel for Plaintiff has conferred with counsel for Defendant, who does not resist Plaintiff's request to extend the deadline to oppose.

10. Pursuant to Local Rule 7(j), Plaintiff states the foregoing deadline has not been previously extended, there are no other Court-imposed deadlines, and the final pretrial conference and trial have not been set.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order extending the deadline for Plaintiff to file his Resistance to Defendant's Motion to Dismiss to September 8, 2026.

Dated: August 20, 2026

Respectfully Submitted,

By: */s/ J. Barton Goplerud*
J. Barton Goplerud
Brian O. Marty
**SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
Email: goplerud@sagwlaw.com
Email: marty@sagwlaw.com

Mark S. Reich*
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363.7500
Fax: (212) 363.7171
Email: mreich@zlk.com

*admitted *pro hac vice*

*Attorneys for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 18, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF System, which will serve all counsel of record.

*/s/ J. Barton Goplerud*
J. Barton Goplerud