**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| EYAL HANFLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRINNELL COLLEGE,<br><br>Defendant. | Case No. 4:26-cv-00213-RGE-HCA<br><br>**PLAINTIFF HANFLING'S UNRESISTED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF** |

COMES NOW Plaintiff Eyal Hanfling ("Plaintiff"), by and through his undersigned counsel, pursuant to Local Rule 7, hereby moves the Court for an order granting leave to file an overlength brief of Plaintiff's Response in Opposition to Defendant Grinnell College's Motion to Dismiss ("Response"), and in support thereof states:

1. Plaintiff seeks leave to file a brief that is no longer than 25 pages, not counting the case caption, table of contents, table of authorities, and signature block. *See* L.R. 7(h).

2. Good cause exists to allow Plaintiff to file a brief in excess of the Court's normal 20-page limit under Local Rule 7(h).

3. Plaintiff's proposed overlength brief responds to the claims and legal arguments raised by Defendant Grinnell College ("Defendant") in its 32-page Brief in Support of Motion to Dismiss ("Brief"). *See* Dkt. No. 16.

4. Plaintiff has made efforts to be concise in addressing Defendant's 32-page Brief, and the inclusion of the additional pages will aid the court in ruling on Plaintiff's Response.

5. Plaintiff has attached a copy of the proposed overlength Response.

6. Pursuant to Local Rule 7(k), the undersigned counsel confirm that they have met and conferred with counsel for Defendant regarding the instant motion. Counsel for Defendant does not resist the instant motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting Plaintiff leave to file a 25-page Response in Opposition to Defendant Grinnell College's Motion to Dismiss.

Dated: September 8, 2026

Respectfully Submitted,

By: */s/ Mark S. Reich*

Mark S. Reich*
Eleanor C. Davis*
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363.7500
Fax: (212) 363.7171
Email: mreich@zlk.com
Email: edavis@zlk.com

By: */s/ J. Barton Goplerud*

J. Barton Goplerud
Brian O. Marty
**SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
Email: goplerud@sagwlaw.com
Email: marty@sagwlaw.com

*admitted *pro hac vice*

*Attorneys for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 8, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF System, which will serve all counsel of record.

*/s/ Mark S. Reich*
Mark S. Reich
Attorney for Plaintiff