IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| EYAL HANFLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRINNELL COLLEGE,<br><br>Defendant. | Case No. 4:26-cv-213-RGE-HCA<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF AND TO CONTINUE SCHEDULING CONFERENCE PENDING RESOLUTION OF MOTION TO DISMISS** |

Defendant Grinnell College ("Grinnell") and Plaintiff Eyal Hanfling ("Hanfling") (collectively, the "Parties") hereby jointly move for an extension of the deadline to submit a reply brief in support of Defendant's Motion to Dismiss (ECF No. 13), and for an order continuing the scheduling conference set for October 28, 2026 and related deadlines (ECF No. 20) pending resolution of Grinnell's Motion to Dismiss, and in support thereof state:

1. On August 11, 2026, Grinnell filed its Motion to Dismiss. (ECF No. 13; ECF No. 16).

2. On September 8, 2026, Hanfling filed his Resistance to Grinnell's Motion to Dismiss. (ECF No. 23).

3. Absent an extension, Grinnell's reply brief would be due September 15, 2026.

4. Grinnell respectfully requests a one-week extension of time, up to and including September 22, 2026, to file its reply brief in support of the Motion to Dismiss.

5. The requested extension of time is without prejudice to Plaintiff and is in the interest of justice. This deadline has not been previously extended. No hearing has been set on the Motion

to Dismiss, and the requested extension will affect no other deadlines in this matter. The final pre-trial conference and trial have not been scheduled.

6. On August 31, 2026, this Court set a Scheduling Conference for October 28, 2026 and set October 21, 2026 as the deadline for the Parties to file a proposed scheduling order and discovery plan. (ECF No. 20).

7. The Parties jointly request this Court continue the scheduling conference set for October 28, 2026 (ECF No. 20) and related deadlines pending the resolution of the Motion to Dismiss.

8. Federal Rules of Civil Procedure 16(b) and 26(c) and Local Rules 16 and 26 provide this Court with wide discretion to modify scheduling and discovery related orders upon a showing of good cause.

9. Here, the Motion to Dismiss seeks dismissal in full of all of Plaintiff's class action claims. Whether Plaintiff's claims are dismissed in full, in part, or not at all will determine the nature of the Parties' discovery conference, if any, and will also determine an appropriate schedule, if any, for this putative class action.

10. The Parties therefore request the Court enter an order continuing the scheduling conference and related deadlines identified in the Court's August 31, 2026, order, and directing the parties to submit a proposed Rule 16(b) and Rule 26(f) scheduling order and discovery plan within 30 days of denial of the Motion to Dismiss, in the event the Motion to Dismiss is denied.

WHEREFORE, Defendant Grinnell College and Plaintiff Eyal Hanfling, respectfully request that the Court enter an order allowing Grinnell up to and including September 22, 2026, to file its reply brief in support of the Motion to Dismiss, continuing the scheduling conference and related deadlines identified in the Court's August 31, 2026, order (ECF No. 20) and directing the

Parties to submit a proposed Rule 16(b) and Rule 26(f) scheduling order and discovery plan within 30 days of denial of the Motion to Dismiss, in the event the Motion to Dismiss is denied.

Dated: September 10, 2026

*/s/ Matthew A. McGuire*
Frank B. Harty, AT0003356
Matthew A. McGuire, AT0011932
Ami L. Penquite, AT0016149
**NYEMASTER GOODE, P.C.**
700 Walnut, Suite 1300
Des Moines, IA 50309
Telephone: (515) 283-3100
Fax: (515) 283-8045
Email: fharty@nyemaster.com
mmcguire@nyemaster.com
apenquite@nyemaster.com

Frances M. Haas, AT0009838
NYEMASTER GOODE, P.C.
275 1st Avenue SW, Suite 204
Cedar Rapids, Iowa 52405-3965
Telephone: (319) 286-7022
Facsimile: (319) 286-7050
Email: fmhaas@nyemaster.com

**ATTORNEYS FOR DEFENDANT**

*/s/ Eleanor Davis*
Mark S. Reich, *pro hac vice*
Eleanor Davis, *pro hac vice*
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363.7500
Fax: (212) 363.7171
Email: mreich@zlk.com
Email: edavis@zlk.com

J. Barton Goplerud
Brian O. Marty

**SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
Email: goplerud@sagwlaw.com
Email: marty@sagwlaw.com

**ATTORNEYS FOR PLAINTIFF**