IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| EYAL HANFLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRINNELL COLLEGE,<br><br>Defendant. | Case No. 4:26-cv-00213-RGE-HCA<br><br>**DEFENDANT GRINNELL COLLEGE'S UNRESISTED MOTION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS** |

Defendant Grinnell College, pursuant to Local Rule 7, hereby moves the Court for an order granting leave to file an overlength reply brief in support of its Motion to Dismiss, and in support thereof states:

1. Grinnell seeks leave to file a reply brief that is no longer than 12 pages, not counting the case caption, table of contents, table of authorities, and signature block. *See* L.R. 7(h).

2. Good cause exists to allow Grinnell to file a reply brief in excess of the Court's normal 5-page limit under Local Rule 7(g).

3. Grinnell's proposed overlength reply brief responds to the legal arguments raised by Plaintiff's 25-page resistance. (*See* ECF No. 23.)

5. Grinnell has made efforts to be concise in responding to Plaintiff's resistance. The inclusion of the additional pages will aid the court in ruling on Grinnell's Motion to Dismiss.

6. Grinnell has attached a copy of the proposed overlength reply brief in support of this motion.

7. Pursuant to Local Rule 7(k), the undersigned counsel confirm that they have met and conferred with counsel for Plaintiff regarding the instant motion. Counsel for Plaintiff does not resist the instant motion.

WHEREFORE, Defendant Grinnell College respectfully request that the Court enter an order granting Grinnell leave to file a 12-page reply brief in support of its Motion to Dismiss.

Dated: September 22, 2026

*/s/ Matthew A. McGuire*
Frank B. Harty, AT0003356
Matthew A. McGuire, AT0011932
Ami L. Penquite, AT0016149
NYEMASTER GOODE, P.C.
700 Walnut, Suite 1300
Des Moines, IA 50309
Telephone: (515) 283-3100
Fax: (515) 283-8045
Email: fharty@nyemaster.com
mmcguire@nyemaster.com
apenquite@nyemaster.com

Frances M. Haas, AT0009838
NYEMASTER GOODE, P.C.
275 1st Avenue SW, Suite 204
Cedar Rapids, Iowa 52405-3965
Telephone: (319) 286-7022
Facsimile: (319) 286-7050
Email: fmhaas@nyemaster.com

**ATTORNEYS FOR DEFENDANT GRINNELL COLLEGE**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties or attorneys of record:

J. Barton Goplerud
Brian O. Marty
SHINDLER, ANDERSON, GOPLERUD &
WEESE, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
goplerud@sagwlaw.com
marty@sagwlaw.com

Mark S. Reich
LEVI & KORSINSKY, LLP
33 Whitehall Street, 27th Floor
New York, NY 10004
mreich@zlk.com

/s/ *Matthew A. McGuire*