**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| EYAL HANFLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRINNELL COLLEGE,<br><br>Defendant. | Case No. 4:26-cv-00213-RGE-HCA<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiff Eyal Hanfling, individually and on behalf of all others similarly situated, respectfully submits this Notice of Supplemental Authority in further support of his Opposition to Defendant's Motion to Dismiss (ECF No. 23). Plaintiff respectfully directs the Court's attention to the Opinion issued on October 9, 2026, by a panel of the United States Court of Appeals for the Ninth Circuit, in *Black v. IEC Group, Inc.*, No. 25-5952, 2026 WL 3031874 (9th Cir. Oct. 9, 2026) (Tung, J.).[1] *Black* involves a substantially similar threshold question to the case at bar: whether the plaintiffs in a class action had alleged a concrete injury in fact sufficient to establish Article III standing to survive a motion to dismiss. *Black* addressed whether the harm plaintiffs alleged from defendants' unauthorized disclosure of their personal data was enough to meet that standard.

[1] A true and accurate copy of the October 9, 2026, Opinion in *Black* is attached hereto as **Exhibit A.**

Dated: October 23, 2026

Respectfully Submitted,

By: */s/ Mark S. Reich*
Mark S. Reich*
Eleanor C. Davis*
Mark H. Jensen*
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Fax: (212) 363-7171
Email: mreich@zlk.com
Email: edavis@zlk.com
Email: mjensen@zlk.com

By: */s/ J. Barton Goplerud*
J. Barton Goplerud
Brian O. Marty
**SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
Email: goplerud@sagwlaw.com
Email: marty@sagwlaw.com

*admitted *pro hac vice*

*Attorneys for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 23, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will serve all counsel of record.

*/s/ Mark S. Reich*
Mark S. Reich
Attorney for Plaintiff