**United States District Court for the Southern District of Iowa**

Presiding: Honorable Rebecca Goodgame Ebinger
Case No. 4:26-cv-00213-RGE-HCA : Clerk's Court Minutes – Motion Hearing

| Plaintiff(s) | Defendant(s) |
| --- | --- |
| EYAL HANFLING<br>individually and on behalf of all others similarly situated | GRINNELL COLLEGE |

Plaintiff(s) Counsel: Mark Jensen, Brian Marty

Defendant(s) Counsel: Matthew McGuire, Amy Penquite

Court Reporter: Kelli Mulcahy : Interpreter: n/a

| Motion(s) for Ruling: | Ruling | / Ruling Reserved |
| --- | --- | --- |
| [D] Mot. to Dismiss for Lack of Jurisdiction [13] | | X |

Proceedings:

Counsel for the Plaintiff and Defendant appear. 10:03 a.m. Defendant's counsel argues in support of its Motion to Dismiss for Lack of Jurisdiction. 10:30 a.m. Plaintiff's counsel argues in opposition. 10:59 a.m. Defendant's counsel presents rebuttal argument. Court adjourns. Court takes arguments under advisement.

Time Start: 10:01 a.m.
Time End: 11:05 a.m.
Date: October 29, 2026

/s/ Kandy Sands
Deputy Clerk