UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| EYAL HANFLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRINNELL COLLEGE,<br><br>Defendant. | Case No. 4:26-cv-213-RGE-HCA<br><br>**JOINT REPORT OF THE PARTIES AND PROPOSED CLASS ACTION SCHEDULING AND DISCOVERY ORDER** |

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 16, the initial conference of the parties was held on November 4, 2026.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. The parties have agreed and hereby stipulate to defer discovery efforts and expenses until the Court has issued a ruling on Defendant's pending Motion to Dismiss (ECF No. 13). As such, all dates below will be calculated from the date of the Court's forthcoming ruling on the Motion to Dismiss.

2. The parties agree to meet and confer within 30 days of a ruling on the Motion to Dismiss regarding a protective order and stipulation regarding discovery of electronically stored information (ESI) for this matter. The parties also agree to meet and confer within 30 days of a ruling on the Motion to Dismiss regarding whether to proceed with merits discovery concurrently with discovery regarding issues related to Federal Rule of Civil Procedure 23 class certification or whether bifurcation of discovery may be appropriate.

3. Pursuant to Federal Rule of Civil Procedure 26(a)(1), the parties have stipulated that initial disclosures shall be served on opposing parties within 30 days of the Court's ruling on the Motion to Dismiss.

   The parties will stay within the numerical limits of Federal Rules of Civil Procedure 30(a)(2)(A) (10 deposition limit) and 33(a) (25 interrogatory limit) and will notify the Court if by agreement of the parties, they wish to exceed those limits. The parties will also notify the Court if there is a dispute regarding discovery which they believe necessitates Court involvement.

4. Deadline to amend pleadings and add parties: within 60 days of the Court's ruling on the Motion to Dismiss.

5. Expert witnesses for class certification, if any, shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

   - Plaintiff's expert(s): 90 days before the motion deadline set forth in paragraph 6, or any modified deadline as subsequently granted by the Court in response to a request from either party.

   - Defendant's expert(s): 50 days before the motion deadline set forth in paragraph 6, or any modified deadline as subsequently granted by the Court in response to a request from either party.

6. Plaintiff's Motion for Class Certification and Memorandum in Support shall be filed within one year of the Court's ruling on the Motion to Dismiss.

7. Defendant's Memorandum in Opposition to Class Certification shall be filed within 30 days after such motion is filed.

8. Plaintiff's Reply Memorandum, if any, must be filed within 15 days after any Opposition filed pursuant to paragraph 6.

9. Any hearing on the motion for class certification will be set by separate notice.

10. Once the Court has ruled on class certification, the parties shall request the Court schedule an additional conference to address setting a trial date and entering a new discovery order, if necessary.

Dated: November 5, 2026

*/s/ Matthew A. McGuire*
Frank B. Harty, AT0003356
Matthew A. McGuire, AT0011932
Ami L. Penquite, AT0016149
**NYEMASTER GOODE, P.C.**
700 Walnut, Suite 1300
Des Moines, IA 50309
Telephone: (515) 283-3100
Fax: (515) 283-8045
Email: fharty@nyemaster.com
mmcguire@nyemaster.com
apenquite@nyemaster.com

Frances M. Haas, AT0009838
NYEMASTER GOODE, P.C.
275 1st Avenue SW, Suite 204
Cedar Rapids, Iowa 52405-3965
Telephone: (319) 286-7022
Facsimile: (319) 286-7050
Email: fmhaas@nyemaster.com
**ATTORNEYS FOR DEFENDANT**

*/s/ Eleanor Davis*
Mark S. Reich, *pro hac vice*
Eleanor Davis, *pro hac vice*
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363.7500
Fax: (212) 363.7171
Email: mreich@zlk.com
Email: edavis@zlk.com

J. Barton Goplerud
Brian O. Marty
**SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
Email: goplerud@sagwlaw.com
Email: marty@sagwlaw.com
**ATTORNEYS FOR PLAINTIFF**